IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                           )<br>                             Plaintiff,     )<br>                                                           )<br>v.                                                        )<br>                                                           )<br>LOUIS ELMORE MCALISTER,        )<br>                                                           )<br>                             Defendant.  ) | Case No. 4:99CR3043-2<br><br>**ORDER** |

THIS MATTER comes before the Court on Defendant's Motion to Withdraw, filing 631.

IT IS THEREFORE ORDERED that Assistant Federal Public Defender Michael J. Hansen and the Federal Public Defender's office shall be permitted to withdraw as counsel of record for Mr. McAlister. On April 10, 2008, Joseph S. Risko entered his appearance in filing 630. **The Clerk is directed to remove Mr. Hansen from all future ECF notifications in this case.**

Dated April 18, 2008.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge